IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCISCO LINDOLF CRUZ ROMERO | : | |
| | : | |
| Petitioner, | : | 3:26-cv-2599 |
| | : | (JUDGE MARIANI) |
| v. | : | |
| | : | |
| CRAIG LOWE, WARDEN OF THE PIKE COUNTY CORRECTIONAL FACILITY | : | |
| | : | |
| Respondent. | : | |

ORDER

**AND NOW, THIS** 23rd **DAY OF NOVEMBER 2026**, upon consideration of Petitioner Francisco Lindolf Cruz Romero *pro se* motion to enforce (Doc. 11), Respondent's response (Doc. 14), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motion to enforce (Doc. 11) is **GRANTED**.
2. Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Francisco Lindolf Cruz Romero from the custody of the Warden of the Pike County Correctional Facility and **SHALL RETURN** to him all his personal belongings.
3. Respondent **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing an affidavit or declaration pursuant to 28 U.S.C. § 1746 **no later than Monday November 30, 2026, at 5:00 P.M.**, confirming that Petitioner Francisco Lindolf

Cruz Romero has been released from custody and that his personal belongings have been returned.

4. Upon Petitioner's release from the Pike County Correctional Facility, Respondent shall be **TEMPORARILY ENJOINED** from re-arresting or re-detaining Petitioner Francisco Lindolf Cruz Romero for a period of **seven (7) days** to ensure that this habeas remedy is effective.

5. If Respondent later elects to re-detain Petitioner pursuant to 8 U.S.C. § 1226(a), the Government shall be held to the *German Santos* "clear and convincing" evidentiary standard and must first demonstrate to a fair and impartial Immigration Judge that re-detention is necessary because Petitioner presents a clear danger to the community or would pose a clear flight risk if released.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge